**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alejandro DEL BOSQUE,**
**Defendant–Appellant.**

No. 03–40789.
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided March 15, 2006.

Paula Camille Offenhauser, James Lee Turner, Julia Bowen Stern, Assistant U.S. Attorneys U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and WIENER, Circuit Judges.

---

15. *Id.*

16. *See, e.g., United States v. Martinez–Lugo,* 411 F.3d 597, 601 (5th Cir.2005).

PER CURIAM: *

This matter is before us on remand from the Supreme Court for reconsideration in light of *United States v. Booker*.[1] At our request, the parties have commented on the impact of *Booker*. As the parties agree that *Booker* has no effect on this case, we reinstate our judgment affirming Defendant–Appellant Hector Alejandro Del Bosque's conviction and sentence.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. 543 U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).